# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**TYRONE WILLIAMS,** :
                                                     CIVIL ACTION NO. 3:18-1004
       **Petitioner** :

                                                     **(JUDGE MANNION)**

      **v.** :

**SUPT. DELBASO,** :

       **Respondent** :

## ORDER[1]

Upon consideration of the amended petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (Doc. 13), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED** that:

1. Petitioner's amended petition for writ of habeas corpus is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See R. GOVERNING §2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk or Court is directed to **CLOSE** this case.

                                         *s/ Malachy E. Mannion*
                                         MALACHY E. MANNION
                                         United States District Judge

Dated: August 31, 2020
18-1004-01 order

---

[1] This matter has been reassigned due to the death of the Honorable James M. Munley.